UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVE MCDADE,

        Plaintiff,                        Case Number 16-13063

v.                                               Honorable David M. Lawson

NATIONWIDE COLLECTION
AGENCIES, INC. d/b/a MONEY
RECOVERY NATIONWIDE,

        Defendant.
_____/

## ORDER OF DISMISSAL

On October 24, 2016, the parties notified the Court by email that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before November 23, 2016**.

                                                       s/David M. Lawson
                                                       DAVID M. LAWSON
                                                       United States District Judge

Dated: October 24, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 24, 2016.

                                      s/Susan Pinkowski
                                      SUSAN PINKOWSKI